UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THY NORTHWEST ENTERPRISES, INC., d/b/a MASSAGE ENVY,

Plaintiff,

v.

HANOVER INSURANCE COMPANY,

Defendant.

C22-535 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 6, to stay this matter pending the Washington Supreme Court's decision in *Hill and Stout PLLC v. Mutual of Enumclaw Insurance Co.*, No. 100211-4, on direct appeal from King County Superior Court Case No. 20-2-07925-1 SEA, is GRANTED. This case is hereby STAYED until further order of the Court. The parties shall file a Joint Status Report within thirty (30) days after the *Hill and Stout* matter is resolved, or by December 30, 2022, whichever occurs earlier.

(2) The parties' stipulated motion, docket no. 5, to extend the deadline for filing a responsive pleading or motion, is STRICKEN as moot. The Court will reset such deadline, if appropriate, after lifting the stay of this action.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1